UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
08/15/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Martez Brown,
　　　Plaintiff,

vs.

Christopher Holcomb,
　　　Defendant,

(Enter above the full name of the Defendant(s) in this action.)

Case No.: 2:23-cv-419-JPH-MKK
(TO BE SUPPLIED BY THE CLERK)

# COMPLAINT

### I. PARTIES

The names and addresses of each plaintiff and defendant are as follows:

A. Plaintiff:

　　Name: Martez Brown
　　Identification Number: 201571
　　Address: Wabash Valley Corr. Facility, P.O. Box 1111, Carlisle, IN 47838

B. Defendant(s)

　　Name: Jay Hendrix
　　Title: Sanitation Officer
　　Address: Wabash Valley Corr. Facility, P.O. Box 1111, Carlisle IN 47838

　　Name: Lt. Christopher Holcomb
　　Title: Lieutenant
　　Address: Wabash Valley Corr. Facility, P.O. Box 1111 Carlisle, IN 47838

BK3

1.

Name  Frank Vanihel
Title  Warden
Address  Wabash Valley Corr. Facility,
P.O. Box 1111, Carlisle, IN 47838

see page 11

(Identify additional plaintiffs and defendants on a separate sheet of paper using this same outline)

## II.  STATEMENT OF JURISDICTION AND PREVIOUS LAWSUITS:

Jurisdiction over this action exists in the United States District Court for the Southern District of Indiana because  This court has jurisdiction pursuant to 42 USC §§ 1331(1) and 1343. The issues Im suing about occurred in the Terre Haute Division

If the same facts alleged or claims made in this suit have been previously presented to any other state or federal court in an earlier suit, for each such earlier suit identify the parties, the Court in which it was filed, the docket number assigned to the suit, the status of such earlier suit, (for example: pending, dismissed, set for trial, on appeal, etc.). and the nature of the disposition if the earlier case is closed.

The issues above does not apply

## IV.  CAUSE OF ACTION

State which of your constitutional or federal rights, privileges or immunities have been violated and summarize in one or two sentences what the defendant(s) did to violate your rights in that regard.  If you are claiming that more than one of your constitutional rights were violated, use a separate paragraph (ground) for each right, privilege or immunity which was violated. If you have more than three (3) grounds, identify them in a separate attached piece of paper.

BK3

2.

| Defendant | Title | Address |
|---|---|---|
| T. Wellington, | Grievance Executive, | W.V.C.F.<br>P.O. Box 1111<br>Carlisle, IL 47838 |

1).

Ground 1: _____

_____

_____

_____

_____

Ground 2: _____

_____

_____

_____

_____

Ground 3: _____

_____

_____

_____

_____

(Identify additional grounds on a separate sheet of paper)

## V. STATEMENT OF FACTS

State here the FACTS of your case. You should outline both the facts on which your suit is based and the particular role of each defendant in those circumstances.

1. On or around (12-18-19) I was housed in the (SCU) a Segregation Unit in Wabash Valley Corr. Facility Cell(s) [712]. Within my first 3 weeks I began having head aches, which later turned into loss of breath, nose bleeds etc.

BK3

3.

2. On or about [12-2-21] Inmate Hickingbottom and the Fire Inspector informed the entire 7-Range that the strong stinch we been smelling is because the Black substance inside of our food tray, ventalation system, lower vents, shower, beneath my toilet was Mold.

3. On or about [1-16-22] I wrote a letter to Lt. Holcumb, Sanitation Officer Mr. Hendrix, Warden Vanihal requesting them to come and clean the mold from my vents and cell.

4. A few days later Lt. Holcumb said to me and Savane Williams, & Hickingbottom that he talked to the Warden and it was on the Warden to determine the substance once Jay Hendrix inspected the mold.

5. No one came and cleaned the Mold so I wrote a Grievance on [1-23-22] and on [1-25-23] my Grievance was Returned. See Pages 12 and 13.

BK3

4.

6. Because Grievance Executive T. Wellington would not allow me to exhaust my Grievance my Remedies are automatically exhausted. See Dale V. Chandler, 438 F.3d 804, 809, 812 (7th Cir. 2006).

7. All Defendants acting under the Color of State Law are being sued in their Individual Capacity due to their acts Constituting Deliberate Indifference in Violation of the 8TH Amendment of the United States Constitution by subjecting me to Cruel and Unusual Punishment.

8. The Mold made me sick for over [2½] Years. When I informed each Defendant Personally & by way of communication that the mold was making me sick they all failed to move me to a different cell, failed to clean the cells, failed to provide me Bleach in order to clean the mold.

9. Grievance Executive T. Wellington failed to forward my Grievance so that I could exhaust them to the Warden. The

5.

failure to allow me an opportunity ~~to exhaust~~ to exhaust is a known practice by Grievance Executive T. Wellington in order to keep African American Prisoners and Segregated Prisoners from Suing due to their Unconstitutional Prison Conditions, and such act deprives me of my Due Process Rights to equal treatment in violation of the 14TH Amendment of the United States Constitution. [see pages ___, ___, ___, ___, ___, ___.

10. Such acts of Grievance Executive Wellington, constitutes deliberate indifference and constitutes a Monell Violation due to such unconstitutional Practice, Therefore Warden Vanihel, and Grievance Executive Wellington are being sued in their Official Capacity due to their Practice, Policy, Acts of Racial Discrimination, and unfair treatment of Segregated ~~Inmates~~ because of their Housing Status.

6.

11. The Prison conditions are unsanitary. On odd days Im taken to 9CD Range or 11CD Range for showers and the showers Gates, Walls, and Ceiling are covered in Black Mold. See Pages 14-15-16 of 9CD Range.

12. Also on 1/25/22 Jay Hendrix, Lt. Holcomb, Warden Vanihel came to my Cell and viewed the Mold within my Cell door, but refused to enter my Cell because the mold was visible, and said they would move me but failed to do such.

7.

## VI. RELIEF

State exactly what relief or action you are requesting through this lawsuit.

1. An Injunction ordering closing the (SCU) down until all cells are power washed with Bleach.

2. $100,000.00 from each Defendant in Compensatory Damages;

3. $75,000.00 in Punitive Damages from each Defendant.

### AFFIRMATION OF PLAINTIFF

I, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in this complaint and that I believe them to be true and correct to the best of my personal knowledge and belief.

Signed this 9th day of August, 2023

Martez Brown
Plaintiff

BK3

8.