UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MARTEZ BROWN,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>CHRISTOPHER HOLCOMB,<br>JAY HENDRIX,<br>FRANK VANIHEL,<br>T. WELLINGTON,<br><br>　　　　　Defendants. | No. 2:23-cv-00419-JPH-MKK |

**ORDER DISMISSING ACTION
AND DIRECTING ENTRY OF FINAL JUDGMENT**

　　Martez Brown, an Indiana Department of Correction inmate, filed this civil action on August 15, 2023. Dkt. 1. The Court has issued several orders related to Mr. Brown's resolution of the filing fee for this action, the last of which permitted him a final opportunity through January 30, 2024, to pay the assessed initial partial filing fee of Thirty-One Dollars and Eighty-Three Cents ($31.83). Dkt. 14 (order granting plaintiff's motion for extension of time); *see also* dkt. 7 (order denying motion for leave to proceed *in forma pauperis* as presented); dkt. 11 (motion granting renewed motion for leave to proceed *in forma pauperis* and setting initial deadline to pay by Nov. 16, 2023); dkt. 12 (final opportunity to pay fee). The Court warned Mr. Brown that if he failed to remit payment by the final extended deadline, this action would be dismissed without further warning or opportunity to show cause. Dkt. 14; *see also* 28 U.S.C. § 1915(b)(1). This final deadline has passed, and Mr. Brown has taken no action.

1

Accordingly, this action is now **DISMISSED without prejudice** for Mr. Brown's failure to resolve the filing fee. Final Judgment in accordance with this Order shall now issue.

**SO ORDERED.**

Date: 2/8/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

MARTEZ BROWN
201571
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838