UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MARTEZ BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00419-JPH-MKK |
| | ) |
| CHRISTOPHER HOLCOMB, | ) |
| JAY HENDRIX, | ) |
| FRANK VANIHEL, | ) |
| T. WELLINGTON, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The action is **dismissed without prejudice.**

Date: 2/8/2024

Roger A.G. Sharpe, Clerk

BY: _Carina Weed_
Deputy Clerk, U.S. District Court

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

MARTEZ BROWN
201571
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838